NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONOR B. COLE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7082

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-0391, Judge Robert N. Davis.

---

**ON MOTION**

---

## ORDER

Upon consideration of Honor B. Cole's motion for a 45-day extension of time, until June 17, 2011, to file his opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 9 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     John J. Todor, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 0 9 2011**

**JAN HORBALY**
**CLERK**